LUCAS WILLIAMS (State Bar No. 264518)
JACOB JANZEN (State Bar No. 313474)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, California 94117
Telephone: (415) 913-7800
lwilliams@lexlawgroup.com
jjanzen@lexlawgroup.com

Attorneys for Plaintiff
ENVIRONMENTAL DEMOCRACY PROJECT

MORGAN, LEWIS & BOCKIUS LLP
R Raymond Rothman, Bar No. 142437
rick.rothman@morganlewis.com
David K. Brown, Bar No. 281877
david.brown@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC.; TESLA MOTORS, INC.; and DOES 1 through 20,<br><br>Defendant. | Case No. 3:24-cv-02888-AGT<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Clean Air Act 42 U.S.C. § 7604(a) Citizen Suit]<br><br>Hon. Trina L. Thompson<br><br>Complaint Filed:  May 13, 2024 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION TO FURTHER EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-02888-AGT

Pursuant to Federal Rule of Civil Procedure 6(b) and Northern District of California Local Rule 6-1(b), Plaintiff Environmental Democracy Project ("Plaintiff") and Defendant Tesla, Inc. ("Defendant"),[1] by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed its initial Complaint on May 13, 2024;

WHEREAS, Defendant was served with the Complaint on May 15, 2024;

WHEREAS, pursuant to Federal Rule of Civil Procedure 4(d), Defendant timely waived service such that its deadline to respond to the Complaint was July 15, 2024;

WHEREAS, on July 9, 2024, the Parties met and conferred by telephonic conference and agreed to extend Defendant's deadline to respond to the Complaint to August 14, 2024;

WHEREAS, on July 15, 2024, the Court granted the Parties' joint stipulation extending Defendant's deadline to respond to the Complaint to August 14, 2024;

WHEREAS, on August 9, 2024, the Court granted a second joint stipulation extending Defendant's deadline to respond to the Complaint to September 13, 2024;

WHEREAS, on September 10, 2024, the Court granted a third joint stipulation extending Defendant's deadline to respond to the Complaint to November 14, 2024;

WHEREAS, on August 23, 2024, Plaintiff and nonparty Bay Area Air Quality Management District ("BAAQMD") presented Defendant with an initial joint settlement proposal;

WHEREAS, on October 18, 2024, the parties and BAAQMD engaged in a virtual conference to discuss the joint proposal and, on October 29, 2024, Defendant presented Plaintiff and BAAQMD with additional information bearing upon the joint proposal, which Plaintiff and BAAQMD are in the process of reviewing;

WHEREAS, good cause exists for a further extension of Defendant's deadline to respond to the Complaint because the Parties have been and continue to diligently engage in settlement discussions and are actively exploring the potential for a negotiated resolution, which could avoid the need for further litigation;

---

[1] Plaintiff named Tesla Motors, Inc. as an additional defendant, but Tesla Motors, Inc. changed its name to Tesla, Inc. in January 2017.

WHEREAS, in the interest of efficiency and without waiving any claim, right, or defense, the Parties agree to further extend Defendant's deadline to respond to the Complaint by sixty (60) days to January 13, 2025;

WHEREAS, this Stipulation is submitted in good faith and not for purposes of delay;

WHEREFORE, in light of the above and in order to facilitate ongoing settlement discussions, the Plaintiff and Defendant jointly stipulate and respectfully request this Court grant an extension on Defendant's time to respond to the Complaint—by answer, motion or otherwise—by two months up to and including January 13, 2025.

NOW, WHEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Defendant's deadline to respond to Plaintiff's Complaint is extended to January 13, 2025.

2. All other deadlines set forth in the Court's Case Management Conference and Scheduling Order (Dkt. 25), are extended by an additional sixty (60) days.

**IT IS SO STIPULATED**.

Dated: November 13, 2024                LEXINGTON LAW GROUP

                                        By  */s/ Lucas Williams*
                                            Lucas Williams

                                            Attorneys for Plaintiff
                                            ENVIRONMENTAL DEMOCRACY
                                            PROJECT

Dated: November 13, 2024                MORGAN, LEWIS & BOCKIUS LLP

                                        By  */s/ R Raymond Rothman*
                                            R Raymond Rothman

                                            Attorneys for Defendant
                                            TESLA, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION TO FURTHER EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-02888-AGT

## ATTESTATION

I, Lucas Williams, am the ECF user whose identification and password are being used to file this Stipulated Request to Further Extend Time to Respond to Complaint. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of the document.

DATED: November 13, 2024

*/s/ Lucas Williams*
Lucas Williams

Attorneys for Plaintiff
ENVIRONMENTAL DEMOCRACY PROJECT

**[PROPOSED] ORDER**

Upon consideration of the Parties' Stipulation, and finding good cause exists for the Request, the Stipulation is approved, and all parties shall comply with its provisions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                        Hon. Trina L. Thompson
                                        United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

PROPOSED ORDER
CASE NO. 3:24-CV-02888-AGT