LEXINGTON LAW GROUP, LLP
Lucas Williams, State Bar No. 268514
Jacob Janzen, State Bar No. 313474
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
lwilliams@lexlawgroup.com
jjanzen@lexlawgroup.com

Attorneys for Plaintiff
ENVIRONMENTAL DEMOCRACY PROJECT

MORGAN, LEWIS & BOCKIUS LLP
R Raymond Rothman, State Bar No. 142437
David K. Brown, State Bar No. 281877
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2501
rick.rothman@morganlewis.com
david.brown@morganlewis.com

Attorneys for Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ENVIRONMENTAL DEMOCRACY PROJECT, | Case No. 3:24-cv-02888-TLT |
|---|---|
| Plaintiff, | **JOINT ADMINISTRATIVE MOTION TO MODIFY CASE SCHEDULE (CIVIL LOCAL RULE 7-11)** |
| v. | |
| TESLA, INC., *et al.*, | [Clean Air Act 42 U.S.C. § 7604(a) Citizen Suit] |
| Defendant. | Hon. Trina L. Thompson<br>Complaint filed: May 13, 2024 |

JOINT MOTION TO MODIFY CASE SCHEDULE– Case No. 3:24-cv-02888-TLT

1    Pursuant to Civil Local Rule 7-11 and the Court's standing order, Plaintiff Environmental
2  Democracy Project (EDP) and Defendant Tesla, Inc. (Tesla) hereby move the Court to extend the
3  upcoming amendment of pleadings, discovery, and dispositive motion deadlines by sixty (60)
4  days.  Good cause exists for the extension because the parties are engaged in intensive settlement
5  negotiations, including private mediation with an experienced Clean Air Act mediator, that are
6  aimed at a global resolution of the claims in this action and related proceedings before the Bay
7  Area Air District (the Air District), which is the primary regional air quality regulator.  The sixty
8  day extension of the upcoming deadlines will allow the parties to focus their efforts on settling this
9  matter, and will conserve party and judicial resources by avoiding potentially unnecessary
10 discovery and motion practice.

## DISCUSSION

12    The parties are engaged in intensive settlement discussions to resolve this Clean Air Act
13 citizen suit and the Air District's related claims.  Declaration of Lucas Williams (Williams Decl.),
14 ¶ 2.  Both this action and the Air District proceedings involve allegations that Tesla violated its air
15 quality permit at Tesla's automobile manufacturing facility in Fremont, California.  *Id.*  If
16 successful, the parties' settlement negotiations will achieve a global resolution of both EDP and
17 the Air District's allegations.  *Id.*

18    The parties' settlement discussions most recently included a day long private mediation
19 (on February 20, 2025) with Peter Weiner of Cox, Castle, & Nicholson.  Williams Decl., ¶ 3.  Mr.
20 Weiner is an experienced Clean Air Act attorney.  *Id.*  The Air District participated in the
21 mediation.  *Id.*  During the mediation, the parties made significant strides toward a global
22 resolution of EDP and the Air District's claims.  *Id.*  The parties are in agreement in concept as to
23 most primary remedial measures that will resolve this action and the Air District's claims.  *Id.*, ¶ 4.
24 Because negotiating and finalizing the settlement terms will require detailed technical input from
25 engineers and other specialists, the parties settlement efforts will take additional time and effort.
26 *Id.*  In the coming weeks, the parties will work to maintain and build on their momentum by
27 focusing their efforts on settlement discussions and one or more additional private mediation
28 sessions with Mr. Weiner.  *Id.*  The parties believe that having to meet the upcoming pleadings

amendments, discovery, and dispositive motion deadlines will divert resources from these settlement efforts, decreasing the likelihood of settlement. *Id.*, ¶ 5.

Because the parties are engaged in good faith efforts to resolve this matter without further litigation, and because those efforts require additional time to negotiate and finalize with the aid of experts, the parties jointly request that the Court grant the parties a sixty day extension of the following deadlines set in the Court's case management and scheduling order (ECF No. 25) as set forth below. The other case deadlines, including trial dates, remain the same.

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last Day to Amend Pleading | March 4, 2025 | May 5, 2025 |
| Further Status Conference | April 24, 2025 | No change |
| Fact Discovery Cut-off | April 25, 2025 | June 24, 2025 |
| Expert Report: Opening Report | May 23, 2025 | July 22, 2025 |
| Expert Report: Rebuttal Report | June 27, 2025 | August 26, 2025 |
| Expert Discovery Cut-off | July 25, 2025 | September 23, 2025 |
| Dispositive Motions (Last day to file) | September 26, 2025 | November 25, 2025 |
| Dispositive Motions (Last day to be heard) | October 28, 2025 | December 29, 2025 |
| Final Pretrial Conference | March 12, 2026 | No change |
| Trial Date | April 13, 2026 | No change |

//
//
//
//
//
//
//

Respectfully submitted,

Dated: March 6, 2025          LEXINGTON LAW GROUP, LLP

*/s/ Lucas Williams*
LEXINGTON LAW GROUP, LLP
Lucas Williams, State Bar No. 268514
Jacob Janzen, State Bar No. 313474
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
lwilliams@lexlawgroup.com
jjanzen@lexlawgroup.com

Attorneys for Plaintiff
ENVIRONMENTAL DEMOCRACY PROJECT

DATED: March 6, 2025          MORGAN, LEWIS & BOCKIUS LLP

*/s/ Lucas Williams*  for
MORGAN, LEWIS & BOCKIUS LLP
R Raymond Rothman, State Bar No. 142437
David K. Brown, State Bar No. 281877
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2501
rick.rothman@morganlewis.com
david.brown@morganlewis.com

Attorneys for Defendant
TESLA, INC.

## **ATTESTATION**

I, Lucas Wiliams, am the CM/ECF user whose ID and password are being used to file this Joint Administrative Motion to Modify Case Schedule. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that counsel for Telsa, Inc., on whose behalf this filing is jointly submitted, has concurred in this filing.

*/s/ Lucas Williams*
Lucas Williams