LEXINGTON LAW GROUP, LLP
Lucas Williams, State Bar No. 268514
Jacob Janzen, State Bar No. 313474
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
lwilliams@lexlawgroup.com
jjanzen@lexlawgroup.com

Attorneys for Plaintiff
ENVIRONMENTAL DEMOCRACY PROJECT

MORGAN, LEWIS & BOCKIUS LLP
R Raymond Rothman, State Bar No. 142437
David K. Brown, State Bar No. 281877
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2501
rick.rothman@morganlewis.com
david.brown@morganlewis.com

Attorneys for Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC., *et al.*, <br><br> Defendant. | Case No. 3:24-cv-02888-TLT <br><br> **DECLARATION OF LUCAS WILLIAMS IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO MODIFY CASE SCHEDULE (CIVIL LOCAL RULE 7-11)** <br><br> [Clean Air Act 42 U.S.C. § 7604(a) Citizen Suit] <br><br> Hon. Trina L. Thompson <br> Complaint filed: May 13, 2024 |

## DECLARATION OF LUCAS WILLIAMS

I, Lucas Williams, declare:

1. I am an attorney licensed to practice law in California and before this Court. I am a partner at Lexington Law Group, LLP. I am counsel for Plaintiff Environmental Democracy Project in this case. I have personal knowledge of the facts contained in this declaration, and, if called as a witness, I could and would competently testify thereto.

2. The parties are engaged in intensive settlement discussions to resolve this Clean Air Act citizen suit and the Bay Area Air District's (the Air District) related claims. Both this action and the Air District proceedings involve allegations that Defendant Tesla, Inc. (Tesla) violated its air quality permit at Tesla's automobile manufacturing facility in Fremont, California. If successful, the parties' settlement negotiations will achieve a global resolution of both EDP and the Air District's allegations.

3. The parties' settlement discussions most recently included a day long private mediation (on February 20, 2025) with Peter Weiner of Cox, Castle, & Nicholson. Mr. Weiner is an experienced Clean Air Act attorney. The Air District participated in the mediation. During the mediation, the parties made significant strides toward a global resolution of EDP and the Air District's claims.

4. The parties are in agreement in concept as to most primary remedial measures that will resolve this action and the Air District's claims. Because negotiating and finalizing the settlement terms will require detailed technical input from engineers and other specialists, the parties settlement efforts will take additional time and effort. In the coming weeks, the parties will work to maintain and build on their momentum by focusing their efforts on settlement discussions and one or more additional private mediation sessions with Mr. Weiner.

5. The parties believe that having to meet the upcoming pleadings amendments, discovery, and dispositive motion deadlines will divert resources from these settlement efforts, decreasing the likelihood of settlement.

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of March 2025, at San Francisco, California.

*/s/ Lucas Williams*
Lucas Williams

- 2 -
WILLIAMS DECL ISO JOINT MOTION TO MODIFY CASE SCHEDULE – CASE NO. 3:24-CV-02888-TLT