1  LEXINGTON LAW GROUP, LLP
   Lucas Williams, State Bar No. 268514
2  Jacob Janzen, State Bar No. 313474
   503 Divisadero Street
3  San Francisco, CA 94117
   Telephone: (415) 913-7800
4  Facsimile: (415) 759-4112
   lwilliams@lexlawgroup.com
5  jjanzen@lexlawgroup.com

6  Attorneys for Plaintiff
   ENVIRONMENTAL DEMOCRACY PROJECT
7

8  MORGAN, LEWIS & BOCKIUS LLP
   R Raymond Rothman, State Bar No. 142437
9  David K. Brown, State Bar No. 281877
   300 South Grand Avenue
10 Twenty-Second Floor
   Los Angeles, CA 90071
11 Telehpone: (213) 612-2500
   Facsimile: (213) 612-2501
12 rick.rothman@morganlewis.com
   david.brown@morganlewis.com
13
   Attorneys for Defendant
14 TESLA, INC.

15                **UNITED STATES DISTRICT COURT**

16              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  ENVIRONMENTAL DEMOCRACY PROJECT, | Case No. 3:24-cv-02888-TLT |
| 19          Plaintiff, | **[PROPOSED] SCHEDULING ORDER** |
| 20      v. | |
| 21  TESLA, INC., *et al.*, | |
| 22          Defendant. | |

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court, having considered the parties' joint administrative motion to modify the case schedule, sets the following case schedule:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Last Day to Amend Pleading | March 4, 2025 | May 5, 2025 |
| Further Status Conference | April 24, 2025 | No change |
| Fact Discovery Cut-off | April 25, 2025 | June 24, 2025 |
| Expert Report: Opening Report | May 23, 2025 | July 22, 2025 |
| Expert Report: Rebuttal Report | June 27, 2025 | August 26, 2025 |
| Expert Discovery Cut-off | July 25, 2025 | September 23, 2025 |
| Dispositive Motions (Last day to file) | September 26, 2025 | November 25, 2025 |
| Dispositive Motions (Last day to be heard) | October 28, 2025 | December 29, 2025 |
| Final Pretrial Conference | March 12, 2026 | No change |
| Trial Date | April 13, 2026 | No change |

**IT IS SO ORDERED.**

Dated: _____

TRINA L. THOMPSON
United States District Judge

- 1 -
[PROPOSED] SCHEDULING ORDER – Case No. 3:24-cv-02888-TLT