UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., et al.,<br><br>Defendants. | Case No. 24-cv-02888-TLT(LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 38 |

The district judge referred this case to the undersigned for discovery. The district's practice is to have parties start with a joint letter brief (as opposed to a full motion). The attached standing order (attached) has those procedures, which require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court evaluates whether future proceedings are necessary, including any further briefing or argument.

Here, though, there have been apparently substantial attempts to resolve the issues. The court directs the parties to confer by Friday, May 2, 2025, about two approaches: either a letter brief, which is a faster process that often can result in a hearing on the Thursday calendar about a week

ORDER – No. 24-cv-02888-TLT(LB)

after submission, or the existing motion. If the parties elect the letter brief, they can file it on any agreed-to schedule, and if they cannot agree to a schedule, the standing order has a process for that too. If they elect to proceed on the motion, then the briefing schedule can proceed as scheduled. If the parties elect a motions process, the plaintiffs must file a one-page notice of motion cross-referencing the filed motion and set a hearing on any available Thursday at 9:30 a.m. at least five weeks after filing the notice of motion. When calendaring the motion, the plaintiffs must reflect this briefing schedule (tethered to the actual filing date of the motion) as opposed to the default schedule that will populate the docket entry (tethered to the filing of the notice).

If the parties cannot agree about whether to proceed on the motion or the letter brief, then the mechanism to raise the dispute will be the letter brief.

**IT IS SO ORDERED.**

Dated: April 29, 2025

_____
LAUREL BEELER
United States Magistrate Judge