MORGAN, LEWIS & BOCKIUS LLP
R Raymond Rothman, Bar No. 142437
rick.rothman@morganlewis.com
David K. Brown, Bar No. 281877
david.brown@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TESLA, INC., et al.,<br><br>　　　　　　　Defendant. | Case No. 3:24-cv-02888-TLT(LB)<br><br>**DECLARATION OF R RAYMOND ROTHMAN IN SUPPORT OF DEFENDANT TESLA, INC.'S OPPOSITION TO MOTION TO QUASH OR MODIFY SUBPOENA BY NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 50675443.1

ROTHMAN DECL ISO TESLA, INC.'S
OPPOSITION TO MOTION TO QUASH OR
MODIFY SUBPOENA
CASE NO. 3:24-CV-02888-TLT(LB)

I, R Raymond Rothman, declare:

1.     I am an attorney at law duly licensed to practice before all courts in the State of California, and I am a partner with Morgan, Lewis & Bockius LLP, attorneys of record for defendant Tesla, Inc. ("Tesla"). I have personal knowledge of the following facts and, if called upon to testify as a witness, could and would testify competently to these facts. I submit this Declaration in Support of Tesla's Opposition to Motion to Quash or Modify Subpoena by Nonparty Bay Area Air Quality Management District (the "Air District").

2.     Tesla issued a document subpoena to the Air District on March 28, 2025, which was served on April 1, 2025. ECF No. 38 at Ex. A. The subpoena set a compliance deadline 15 days later, on April 16, 2025. The subpoena contains seven limited document requests seeking documents in the possession, custody, or control of the Air District. *See id.*

3.     Counsel for the Air District and counsel for Tesla engaged in several meet and confer discussions by email and phone from April 2 through April 15, 2025. *See* ECF No. 38 at Ex. B. Through these discussions, Tesla substantially narrowed the document requests in the subpoena and extended the compliance deadline through April 23, 2025. For example, Tesla agreed to limit Request No. 6 to Tesla's Fremont Facility paint shops specifically, without waiver of its position that it does not believe Request No. 6 is overbroad.

4.     The Air District has been participating in advanced settlement negotiations for a global resolution of this matter since at least August 2024 of last year, including an all-day private mediation session with the parties on February 20, 2025. Tesla has been waiting over a month for the Air District to provide a substantive response to Tesla's most recent settlement proposal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of April, 2025 at Los Angeles, California.

Dated: April 30, 2025            */s/ R Raymond Rothman*
                                  R Raymond Rothman

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 50675443.1

2

ROTHMAN DECL ISO TESLA, INC.'S OPPOSITION TO MOTION TO QUASH OR MODIFY SUBPOENA
CASE NO. 3:24-CV-02888-TLT(LB)

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Anton Blvd., Suite 1800, Costa Mesa, CA 92626.

On April 30, 2025, I served a copy of the within documents:

**DECLARATION R RAYMOND ROTHMAN IN SUPPORT OF DEFENDANT TESLA, INC.'S OPPOSITION TO MOTION TO QUASH OR MODIFY SUBPOENA BY NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT**

by transmitting via electronic mail the document(s) listed above to each of the person(s) set forth below.

| | |
|---|---|
| Lucas Williams<br>Jacob Janzen<br>Lexington Law Group<br>503 Divisadero Street<br>San Francisco, CA 94117<br>Tel.: 415.913.7800<br>Email: lwilliams@lexlawgroup.com<br>jjanzen@lexlawgroup.com | Attorneys for Plaintiff<br>ENVIRONMENTAL DEMOCRACY PROJECT |

Executed on April 30, 2025, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
KC Roselló

3

PROOF OF SERVICE
CASE NO. 3:24-CV-02888-TLT(LB)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 50675443.1