UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., et al.,<br><br>Defendant. | Case No. 3:24-cv-02888-TLT(LB)<br><br>**[PROPOSED] ORDER DENYING NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO QUASH OR MODIFY SUBPOENA** |

**THIS MATTER** came before the Court on Nonparty Bay Area Air Quality Management District's Motion to Quash or Modify Subpoena ("Motion to Quash"). The Court having considered the papers submitted and arguments of counsel, if any; and good cause appearing, it is hereby **ORDERED** that the Motion to Quash be and is hereby **DENIED**. The subpoena is and remains valid and enforceable.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Laurel Beeler
United States Magistrate Judge

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 50675275.1

[PROPOSED] ORDER DENYING MOTION
TO QUASH NONPARTY SUBPOENA
CASE NO. 3:24-CV-02888-TLT(LB)

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Anton Blvd., Suite 1800, Costa Mesa, CA 92626.

On April 30, 2025, I served a copy of the within documents:

**[PROPOSED] ORDER DENYING NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO QUASH OR MODIFY SUBPOENA**

by transmitting via electronic mail the document(s) listed above to each of the person(s) set forth below.

| | |
|---|---|
| Lucas Williams<br>Jacob Janzen<br>Lexington Law Group<br>503 Divisadero Street<br>San Francisco, CA 94117<br>Tel.: 415.913.7800<br>Email: lwilliams@lexlawgroup.com<br>         jjanzen@lexlawgroup.com | Attorneys for Plaintiff<br>ENVIRONMENTAL DEMOCRACY PROJECT |

Executed on April 30, 2025, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_KC Roselló_ (signature)

KC Roselló

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 50675275.1

2

PROOF OF SERVICE
CASE NO. 3:24-CV-02888-TLT(LB)