ALEXANDER G. CROCKETT, SBN 193910
ALEXANDRA KAMEL, SBN 282295
BAY ARE AIR QUALITY MANAGEMENT DISTRICT
375 Beale Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 749-5191
Email:  acrockett@baaqmd.gov
Email:  akamel@baaqmd.gov

Attorneys for NonParty
BAY AREA AIR QUALITY MANAGEMENT DISTRICT

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC., *et al.*,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-02888-TLT<br><br>**NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S NOTICE OF MOTION AND MOTION TO WITHDRAW MOTION TO QUASH OR MODIFY SUBPOENA**<br><br>Dept.:　　Courtroom B<br>Judge:　　Hon. Laurel Beeler<br>Date:　　June 17, 2025<br>Time:　　2:00 pm<br><br>[Clean Air Act 42 U.S.C. § 7604(a) Citizen Suit]<br><br>Complaint filed: May 13, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on the papers or on June 17, 2025, at 2:00pm, or as soon as the Court may be available, in Courtroom B on the 15th floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Nonparty Bay Area Air Quality Management District (the "Air District") will and does hereby move the Court for an order withdrawing its motion to quash or modify Defendant Tesla, Inc.'s ("Tesla") subpoena to the Air District, served April 1, 2025 ("Subpoena"), and such further and alternative relief

1  as the Court may deem proper.

2      This motion is based on this Notice of Motion and Motion, the Memorandum of Points and
3  Authorities, the Declaration of Alexandra Kamel, all documents and records on file in this action, any
4  further evidence or arguments that may be presented at or before any hearing on this motion, and any
5  and all matters upon which the Court may take judicial notice.

6  DATED: May 1, 2025                              BAY AREA AIR QUALITY
                                                                 MANAGEMENT DISTRICT

                                                                 *Alexandra Kamel*
                                                                 ALEXANDRA KAMEL
                                                                 Attorney for Nonparty
                                                                 BAY AREA AIR QUALITY MANAGEMENT
                                                                 DISTRICT

ALEXANDER G. CROCKETT, SBN 193910
ALEXANDRA KAMEL, SBN 282295
BAY ARE AIR QUALITY MANAGEMENT DISTRICT
375 Beale Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 749-5191
Email: acrockett@baaqmd.gov
Email: akamel@baaqmd.gov

Attorneys for Non-Party
BAY AREA AIR QUALITY MANAGEMENT DISTRICT

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT,<br><br>  Plaintiff,<br><br>  v.<br><br>TESLA, INC., *et al.*,<br><br>  Defendant. | Case No. 3:24-cv-02888-TLT<br><br>**NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW MOTION TO QUASH OR MODIFY SUBPOENA**<br><br>Dept.:   Courtroom B<br>Judge:  Hon. Laurel Beeler<br>Date:    June 17, 2025<br>Time:   2:00 pm<br><br>[Clean Air Act 42 U.S.C. § 7604(a) Citizen Suit]<br><br>Complaint filed: May 13, 2024 |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

On April 1, 2025, Tesla, Inc. ("Tesla" or "Defendant") served on the Bay Area Air Quality Management District (the "Air District"), a non-party to this action, a subpoena containing seven requests for the production of documents, with a due date of April 16, 2025. After meeting and conferring, Tesla agreed to narrow the requests and extend the deadline to April 23, 2025. The Air District needed more time to review about 14,426 potentially responsive documents, but Tesla was unable to give more time due to the original discovery cutoff date, so, on April 16, 2025, the Air District filed a motion to quash or modify the subpoena on the grounds that the subpoena failed to provide enough time to respond and imposed an undue burden on the Air District. On April 25, 2025, the Court issued a Revised Case Management and Scheduling Order that extended the discovery cutoff date. On April 30, Tesla agreed to grant the Air District until May 30, 2025, to respond to the subpoena. As a result, the Air District respectfully files this motion to withdraw its earlier motion to quash or modify Tesla's subpoena. Tesla does not oppose the motion.

## II. FACTUAL BACKGROUND

On April 1, 2025, three weeks before the discovery cutoff in this action, Tesla, the defendant in this lawsuit, served the Air District a subpoena requesting the production of documents. (Declaration of Alexandra Kamel in Support of Nonparty Bay Area Air Quality Management District's Motion to Withdraw Motion to Quash or Modify Subpoena (Kamel Dec.), ¶ 3.) On April 24, 2025, the Court issued a Revised Case Management and Scheduling Order that extended the discovery cutoff date. On April 29, 2025, the Court directed the parties to meet and confer by Friday, May 2, 2025, to decide on one of two options to proceed with the Air District's Motion to Quash. As a result, on April 30, 2025, after Air District counsel returned from vacation, Air District counsel and Tesla counsel met and conferred via telephone and Tesla agreed to grant the Air District an extension to respond to its subpoena, until May 30, 2025, and the Air District therefore agreed to withdraw its motion to quash or modify Tesla's subpoena. (Kamel Dec., ¶ 6.) Tesla informed the Air District it would need to file an opposition to the motion to quash to avoid missing the deadline while the Air District worked on getting the motion to withdraw its motion to quash or modify the subpoena on file. (*Id.*) On May 1, 2025, Tesla

counsel confirmed via email that it does not oppose this motion to withdraw; Tesla's email to that effect is attached hereto as Exhibit A.

### III.  ARGUMENT

The motion to quash or modify the subpoena no longer needs to be considered by the Court at this time because Tesla has agreed to give the Air District an extension, to May 30, to respond to the subpoena. Granting this motion to withdraw is therefore in the best interest of the Court and of Tesla and the Air District, as it will conserve judicial resources, as well as Tesla and the Air District's time and resources.

### IV.  CONCLUSION

Tesla and the Air District have agreed on an extension to respond to the subpoena. Therefore, at this time, the Air District respectfully asks the Court to withdraw its motion to quash or modify the subpoena.

DATED: May 1, 2025

*Alexandra Kamel*
ALEXANDRA KAMEL
Attorney for Non-Party
BAY AREA AIR QUALITY MANAGEMENT DISTRICT

ALEXANDER G. CROCKETT, SBN 193910
ALEXANDRA KAMEL, SBN 282295
BAY ARE AIR QUALITY MANAGEMENT DISTRICT
375 Beale Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 749-5191
Email: acrockett@baaqmd.gov
Email: akamel@baaqmd.gov

Attorneys for Non-Party
BAY AREA AIR QUALITY MANAGEMENT DISTRICT

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC., *et al.*,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-02888-TLT<br><br>**DECLARATION OF ALEXANDRA KAMEL IN SUPPORT OF NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO WITHDRAW MOTION TO QUASH OR MODIFY**<br><br>Dept.:　　Courtroom B<br>Judge:　　Hon. Laurel Beeler<br>Date:　　 June 17, 2025<br>Time:　　 2:00 pm<br><br>[Clean Air Act 42 U.S.C. § 7604(a) Citizen Suit]<br><br>Complaint filed: May 13, 2024 |

　　　1.　　I am the Senior Assistant Counsel for Enforcement at the Bay Area Air Quality Management District (the "Air District"). In that role, I work with the Air District's General Counsel in the Air District's Legal Office to supervise and manage the Air District's prosecution and resolution of numerous violations of federal Title V permits, federal regulations, and Air District regulations and permits.

　　　2.　　In addition to my supervisorial work, I am also the primary and sole attorney assigned to represent and advise the Air District on permitting, enforcement, and other work on several major

1   regulated facilities, including Tesla Motors, Inc. ("Tesla").

2       3.    Tesla served the Air District a subpoena requesting the production of documents on April 1, 2025. The initial deadline to respond to the subpoena was April 16, 2025. In my role at the Air District, I am managing the response to Tesla's subpoena.

    4.    In response to the subpoena, and given the short amount of time to respond, on April 2, I reached out to Tesla's counsel to meet and confer regarding the subpoena. Tesla's counsel provided agreement on April 8 to narrow all of the requests except Request for Production number 6, and to grant the Air District an extension to respond to April 23, 2025. Tesla declined to grant a further extension because of the Court's discovery cutoff date. The meet and confer emails are attached to the Air District's Motion to Quash or Modify as Exhibit B.

    5.    The Air District identified about 14,426 records as potentially responsive to the subpoena and began reviewing them on April 11. The Air District estimated it would not be able to meet the April 23 deadline for production, so it filed a Motion to Quash or Modify the Subpoena on April 16.

    6.    On April 25, 2025, the Court issued a Revised Case Management and Scheduling Order that extended the case's discovery cutoff date. On April 29, 2025, the Court directed the parties to meet and confer by Friday, May 2, 2025, to decide how to proceed with the Air District's Motion to Quash. Air District counsel saw this on April 30, after returning from vacation. As a result, later on April 30, Air District counsel and Tesla counsel met and conferred via telephone and Tesla agreed to grant the Air District an extension to respond to its subpoena, until May 30, 2025, and the Air District agreed to file a motion to withdraw its motion to quash or modify Tesla's subpoena. Tesla informed the Air District it still would need to file an opposition to the motion to quash to avoid missing the deadline while the Air District worked on getting the motion to withdraw its motion to quash or modify the subpoena on file.

    7.    I attest that I have personal knowledge of the information in this declaration, and that I could and would testify to these facts.

DATED: May 1, 2025        BAY AREA AIR QUALITY MANAGEMENT DISTRICT

*Alexandra Kamel*
_____
ALEXANDRA KAMEL
Senior Assistant Counsel

# EXHIBIT A

| | |
|---|---|
| **From:** | Brown, David K. |
| **To:** | Alexandra Kamel |
| **Cc:** | Rothman, Rick R. |
| **Subject:** | Re: Tesla: motion to quash |
| **Date:** | Thursday, May 1, 2025 9:45:59 AM |
| **Attachments:** | image001.png |
| | image001.png |
| | mg_info.txt |

> **CAUTION:** This email originated from outside of the BAAQMD network. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Alexandra:

Tesla does not oppose the District withdrawing its motion to quash.

Best,

**David K. Brown**

**Morgan, Lewis & Bockius LLP**

300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132

Direct: +1.213.680.6816 | Main: +1.213.612.2500 | Fax: +1.213.612.2501

david.brown@morganlewis.com | www.morganlewis.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL DEMOCRACY PROJECT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC., *et al.*,<br><br>　　　　　Defendant. | Case No. 3:24-cv-02888-TLT<br><br>**[PROPOSED] ORDER GRANTING NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO WITHDRAW MOTION TO QUASH OR MODIFY SUBPOENA** |

　　　Based on the Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Alexandra Kamel, all documents and records on file in this action, and further evidence and arguments presented on the Motion, the Court grants the Air District's Motion to Withdraw its Motion to Quash or Modify Subpoena.

**IT IS SO ORDERED.**

Dated: _____, 2025　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. LAUREL BEELER

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; I am employed by the Bay Area Air Quality Management District in the County of San Francisco at 375 Beale Street, Suite 600, San Francisco, California 94105.

On May 1, 2025, I served the foregoing document(s) described as

- **NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S NOTICE OF MOTION AND MOTION TO WITHDRAW MOTION TO QUASH OR MODIFY SUBPOENA,**
- **NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW MOTION TO QUASH OR MODIFY SUBPOENA and EXHIBIT A,**
- **DECLARATION OF ALEXANDRA KAMEL IN SUPPORT OF NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO WITHDRAW MOTION TO QUASH OR MODIFY, and**
- **[PROPOSED] ORDER GRANTING NONPARTY BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S MOTION TO WITHDRAW MOTION TO QUASH OR MODIFY SUBPOENA**

by placing the true copies thereof enclosed in sealed envelopes as addressed below:

| | |
|---|---|
| Lucas Williams<br>Jacob Janzen<br>LEXINGTON LAW GROUP<br>503 Divisadero Street<br>San Francisco, California 94117 | *Attorneys for Plaintiff*<br>Environmental Democracy Project |
| MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 | *Attorneys for Defendant*<br>Tesla, Inc. |

☒ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of the Bay Area Air Quality Management District, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by FedEx to receive said documents, with delivery fees provided for. I am readily familiar with the practices of the Bay Area Air Quality Management District for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by FedEx on said date in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on May 1, 2025, at San Francisco, California.

Magnolia Vinluan-Chan

PROOF OF SERVICE