|   |   |
|---|---|
| 1 | LUCAS WILLIAMS (State Bar No. 264518) |
| 2 | JACOB JANZEN (State Bar No. 313474) |
|   | LEXINGTON LAW GROUP |
| 3 | 503 Divisadero Street |
|   | San Francisco, California 94117 |
| 4 | Telephone:   (415) 913-7800 |
|   | lwilliams@lexlawgroup.com |
| 5 | jjanzen@lexlawgroup.com |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | ENVIRONMENTAL DEMOCRACY PROJECT |
| 8 | MORGAN, LEWIS & BOCKIUS LLP |
|   | R Raymond Rothman, Bar No. 142437 |
| 9 | rick.rothman@morganlewis.com |
|   | David K. Brown, Bar No. 281877 |
| 10 | david.brown@morganlewis.com |
|   | 300 South Grand Avenue |
| 11 | Twenty-Second Floor |
|   | Los Angeles, CA  90071-3132 |
| 12 | Tel:   +1.213.612.2500 |
|   | Fax:   +1.213.612.2501 |
| 13 |   |
| 14 | Attorneys for Defendant |
|   | TESLA, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ENVIRONMENTAL DEMOCRACY PROJECT, a California non-profit corporation,<br><br>          Plaintiff,<br>     v.<br><br>TESLA, INC.; TESLA MOTORS, INC.; and DOES 1 through 20,<br><br>          Defendant. | Case No. 3:24-cv-02888-TLT<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE**<br><br>[Clean Air Act 42 U.S.C. § 7604(a) Citizen Suit]<br><br>Hon. Trina L. Thompson<br>Complaint filed: May 13, 2024 |
|---|---|

JOINT STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE— Case No. 3:24-cv-02888-TLT

The PARTIES, by and through their undersigned attorneys, hereby jointly stipulate that this cause be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, this matter may be dismissed with prejudice and without an order of the Court.

Dated: June 16, 2025            /s/ Lucas Williams
                                Lucas Williams
                                Attorneys for Plaintiff
                                ENVIRONMENTAL DEMOCRACY
                                PROJECT

Dated: June 16, 2025            /s/ Lucas Williams
                                R Raymond Rothman
                                Attorneys for Defendant
                                TESLA, INC.

ATTESTATION

I, Lucas Williams, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation to Voluntarily Dismiss With Prejudice.  Pursuant to Local Civil Rule5-1(i)(3), I hereby attest that counsel for Tesla, Inc., on whose behalf this filing is jointly submitted, has concurred in this filing.